# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In re:**<br>**Raquel Bowley** | *<br>*<br>*<br>******* | **Misc. No. 26-mc-00703** |

## RESOLUTION

WHEREAS Raquel Bowley is retiring after more than thirty-six years of service to the Office of the Federal Public Defender and the U.S. District Court for the District of Maryland; and

Whereas Raquel Bowley has demonstrated her commitment to her Office, the Court and staff through her dedication, kindness, and exemplary service;

NOW, THEREFORE, BE IT RESOLVED, this 23rd Day of October 2026, by the United States District Court for the District of Maryland, that this Court hereby expresses its gratitude and appreciation to Raquel Bowley for her service to the United States and to this Court.

The Clerk is directed to prepare this Resolution for presentation to Raquel Bowley and to file a certified copy among the records of this Court.

George L. Russell III, Chief Judge